**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                               **RE:**    **Eric Russell AVRIL**
                                        **Docket Number:  2:03CR00488-01**
                                        <u>**SUPERVISED RELEASE**</u>
                                        <u>**MODIFICATION:  ORDER**</u>

Your Honor:

Eric Russell Avril appeared before the Court on April 19, 2006, at 9 a.m.,  for an initial appearance to show cause why Supervised Release heretofore granted should not be revoked for a violation charged in the Prob 12C Petition dated March 20, 2006.  Mr. Avril appeared with appointed counsel Timothy Zindel of the Federal Defender's Office, and William Wong appeared for the government.

The Court took **JUDICIAL NOTICE** of the charged Supervised Release violation, to wit:  Failure To Abstain From The Use Of Alcohol During The Course Of Treatment, And As Directed By The Probation Officer (which the releasee was prepared to admit), with releasee's agreement to modification of his Supervised Release by the addition of certain special conditions.  The Probation Officer was directed to prepare an Order.

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN**
**United States Probation Officer**

**REVIEWED BY:**       **/s/ Richard A. Ertola**
                        **RICHARD A. ERTOLA**
                        **Supervising United States Probation Officer**

DATED:      April 25, 2006
                Roseville, California
                :thb/cd

Honorable William B. Shubb_____ RE:  **Eric Russell AVRIL**
Page 2_____ **Docket Number:  2:03CR00488-01**
April 25, 2006                                              **SUPERVISED RELEASE**
                                                           **MODIFICATION:  ORDER**

Based upon the foregoing, the Court hereby **ORDERS** that **ERIC RUSSELL AVRIL** be continued on Supervised Release under all previously ordered terms and conditions, with **MODIFICATION** adding **SPECIAL CONDITIONS**, as follows**:**

1.    The releasee shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2.    The releasee shall not participate in gambling activities of any kind or enter any establishment where gambling occurs.

3.    The releasee shall comply with the conditions of home detention for a period of 120 consecutive days to commence when directed by the probation officer.  During this time, the releasee will remain at place of residence except for employment and other activities approved in advance by the releasee's probation officer.  The releasee will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

At the discretion of the probation officer, the releasee shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by his probation officer.  The releasee shall pay the cost of electronic monitoring as determined by the probation officer.

Date:  April 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    William Wong
       Assistant United States Attorney

Timothy Zindel
Assistant Federal Defender