# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ERIC RUSSELL AVRIL**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:03CR00488-01**<br><br>Tim Zindel, appointed<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1, 2, 3 and 4 as alleged in the violation petition filed on 9/20/2006 .
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 (A,B,C) | Failure to Comply with Home Detention Conditions | 7/14/2006 - 7/18/2006; 9/8/2006 and 9/11/2006 |
| 2 | Failure to Report for Drug Abuse Treatment | 9/8/2006 and 9/11/2006 |
| 3 (A,B) | Gambling and Entering a Gambling Establishment | 7/14/2006 - 7/17/2006 and 9/11/2006 |
| 4 | Failure to Abstain from Alcohol Consumption | 7/14/2006 - 7/16/2006 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 9/14/2001 and modified on 4/25/2006 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) _____ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/1/2006

_Signature of Judicial Officer_

**FRANK C. DAMRELLL, JR.**, United States District Judge
Name & Title of Judicial Officer

November 9, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  4 months .

The defendant is further ordered to pay restitution in the amount of **$224.25** to <u>G4S Justice Services</u> for the costs of electronic monitoring, payable through the U.S. Probation Office, to be collected by the U.S. Attorney's Office.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _____ on _____.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal